# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JOSHUA FORESTER,

      **Plaintiff,**

    **vs.**

MDPONS, INC. d/b/a Healthpons and
PATRICIA EVERETTE,

      **Defendants.**

Civil Action No. 1:15-cv-03378-ELR

### LR 26.3 Certificate of Serving Discovery
### and
### Certificate of Service

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **(1) Plaintiff's First Continuing Interrogatories to Defendant MDPons, Inc., (2) Plaintiff's First Continuing Interrogatories to Defendant Patricia Everette, (3) Plaintiff's First Requests for Admission to Defendants MDPons, Inc. and Patricia Everette, and 4) Plaintiff's First Continuing Request for Production of Documents to Defendants MDPons, Inc. and Patricia Everette** by depositing the same in the United States Mail with sufficient postage thereon to the following:

MDPons, Inc. d/b/a HealthPons
Patricia Everette
6845 Shiloh Road East, Suite D8
Alpharetta, GA 30005

I further certify that I electronically filed this Certificate of Service with the

Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to said counsel.

Respectfully submitted,


*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

Counsel for Plaintiff