DC 11 Rev. 7/82

# WRIT OF EXECUTION

## United States District Court

**DISTRICT**

**TO THE MARSHAL OF:**

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| Total of $68,199.24 as follows: $40,304.69 against Defendants, jointly and severally for FLSA damages | and | $27,894.55 against Defendant MDPons, Inc., only for breach of contract |

in the United States District Court for the __NORTHERN__ District of __GEORGIA__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

   MDPONS, INC. D/B/A HEALTHPONS AND PATRICIA EVERETTE

and also the costs that may accrue under this writ.
   And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. DISTRICT COURTHOUSE | DISTRICT NORTHERN DISTRICT OF GEORGIA |
|---|---|
| CITY ATLANTA, GA | DATE |

Witness the Honorable __Eleanor L. Ross__
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|